AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:20-cr-00078-SDJ-KPJ-1 |
| Karee Stout | ) | OKED Case No: 24-MJ-186-GLJ |
| | ) | RECEIVED E/TX PLANO |
| | ) | 05.22.2024 |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Karee Stout,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

VIOLATION OF SUPERVISED RELEASE.

Date: 5/21/2024

*Issuing officer's signature*

City and state: Sherman, TX

David A. O'Toole, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF TEXAS

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Karee Stout                      Case Number: 4:20CR00078-1

Name of Sentencing Judicial Officer: U.S. District Judge Sean D. Jordan

Date of Original Sentence: June 17, 2021

Original Offense: Possession of Fifteen or More Access Devices

Original Sentence: 36 months imprisonment and 3 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: May 10, 2024
                                                  Expiration Date: May 9, 2027
Assistant U.S. Attorney: M. Andrew Stover         Defense Attorney: Denise Benson

---

## PETITIONING THE COURT

TO ISSUE A WARRANT

| CONDITION | NATURE OF NONCOMPLIANCE |
|---|---|
| **Allegation 1**<br>Standard Condition<br>(5) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. | On May 10, 2024, Karee Stout was released from custody. She was required to travel to her mother's residence in Atoka, Oklahoma, where she was approved to reside. When Ms. Stout and her mother stopped for lunch in Allen, Texas, she called an Uber, left the restaurant, and her current whereabouts are unknown.<br><br>Karee Stout failed to reside at the approved location upon her release. She has failed to notify the U.S. Probation Office of her current residence. |
| **Allegation 2**<br>Standard Condition<br>(8) You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. | Karee Stout is associating with Johnathan Walker, aka Trouble, who via Stout's presentence report is a convicted felon. The presentence report states the couple were previously married in Denton County; however, a records search reveals no such marriage. Ms. Stout does not have the permission of the probation officer to communicate or interact with Mr. Walker. |

**U.S. Probation Officer Recommendation and Justification:**

On April 30, 2024, the U.S. Probation Office was informed of Karee Stout's release from custody on May 10, 2024. It was determined that she would not have a residence to release to and she would be considered homeless. Ms. Stout signed the PROB 49 to amend her terms of supervised release for placement in the Tyler County Residential Re-entry Center. The facility notified our office that a bed would not be available until August 7, 2024. Ms. Stout is not eligible for placement in the RRC located in Hutchins, Texas due to the fact she tested positive for methamphetamine while at that facility as part of her Bureau of Prisons sentence and her subsequent escape from the facility. Due to Ms. Stouts conduct while at the residential re-entry center, her release plan to reside with her sister fell through. To avoid Ms. Stout being placed in a homeless shelter, the U.S. Probation Office reached out to family members in an attempt to find a suitable residence for her. Her father, at first, agreed to allow Ms. Stout to reside at his residence. Karee Stout's mother then contacted the probation office and stated she was not comfortable with Ms. Stout living with her father due to the fact she would be in close proximity to her former companions. Both her farther and mother agreed it would be in the best interest for her to reside with her mother in Oklahoma. Stout's mother advised she did not have the ability to drive to Cleburne, Texas to meet the offender upon her release and travel back to Oklahoma. She would be able to retrieve Stout at her father's home in Little Elm, Texas. On May 10, 2024, this officer drove to the Johnson County Jail, retrieved Ms. Stout, and drove her to her father's residence in Little Elm to meet her mother. Contact was made with her mother who appeared supportive of Ms. Stout. On May 13, 2024, the U.S. Probation Office was notified by other family members that Karee Stout did not proceed to Oklahoma with her mother but left to meet Johnathan Walker at an unknown location. On May 17, 2024, at 10:39 AM this officer obtained a phone number for Stout and sent a text message requesting she call. She responded and stated she just woke up and after she showers and gets dressed, she would call this officer. At 6:21 PM she sent a text message stating she called but no one answered. It appears Ms. Stout is not willing to comply with her terms of supervised release and purposefully evading supervision. Therefore, it is respectfully recommended the Court issue a warrant for Karee Stout to appear in court and show cause why his supervision should not be revoked.

| | |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | Reviewed and approved: |
| *Jamie Perrenoud* (signature) | (signature) |
| Jamie Perrenoud<br>Senior U.S. Probation Officer<br>469-304-4945 | Jansen Kitchens<br>Supervising U.S. Probation Officer |

Executed on Date: May 20, 2024